■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCISCO LEAL, Appellant. [850 NYS2d 909]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Lewis, J.), rendered December 6, 2005, convicting him of burglary in the first degree, burglary in the second degree, intimidating a victim in the third degree, assault in the second

degree, and endangering the welfare of a child (three counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claim that he was prejudiced by the trial court's instruction on burglary in the first degree (*see People v Gaines,* 74 NY2d 358 [1989]) is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Thomas,* 46 AD3d 712 [2007]; *People v Curella,* 296 AD2d 578 [2002]), and, in any event, is without merit (*see People v Charles,* 234 AD2d 53 [1996]; *People v Fenderson,* 203 AD2d 585, 586 [1994]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80, 85-86 [1982]). Mastro, J.P., Fisher, Dillon and McCarthy, JJ., concur.